# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3162**                                        **September Term, 2025**

1:22-cr-00176-CJN-1

**Filed On: October 24, 2025** [2141939]

United States of America,

       Appellee

    v.

Stephen Johnson,

       Appellant

   **BEFORE:**    Circuit Judges Wilkins and Pan, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, October 24, 2025 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

   Courtney R. Forrest, counsel for Appellant.

   William Connor Winn (DOJ), counsel for Appellee.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                           BY:    /s/
                                  Jaime T. Stratton
                                  Deputy Clerk